# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES ANDREW ALEXANDER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:15-CV-153 AGF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on counsel's motion to withdraw. The motion is denied.

Movant pled guilty to felon in possession of a firearm. The Court sentenced him as an armed career criminal to 180 months' imprisonment. Movant's sentence was enhanced because of prior convictions for aggravated burglary, aggravated assault, and burglary second degree.

There is a reasonable question as to whether one or more of Movant's prior convictions no longer counts as a crime of violence under the Armed Career Criminal Act. Therefore, counsel must file an amended motion to vacate on behalf of Movant.

Accordingly,

**IT IS HEREBY ORDERED** that counsel's motion to withdraw [ECF No. 11] is **DENIED**.

**IT IS FURTHER ORDERED** that counsel must file an amended motion to vacate within forty-five (45) days of the date of this Order.

**IT IS FURTHER ORDERED** that Movant's motion to supplement [ECF No. 14] is **GRANTED**.

Dated this 14th day of September, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE